**SO ORDERED.**

**SIGNED this 3 day of August, 2022.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:   Mary Elizabeth Harris<br>10 Red Oak Road<br>Tifton, GA 31793<br><br>XXX-XX-3443 | CHAPTER 13<br><br>Case Number: 19-71064-JTL |

ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered , the same is hereby

DENIED on the condition that the Debtor(s) make all future payments to the Trustee in a timely manner .

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/  Jonathan W.  DeLoach
_____
Jonathan W.  DeLoach
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com