United States Bankruptcy Court
Middle District of Georgia
Valdosta

| | |
|---|---|
| In Re:<br>Mary Elizabeth Harris<br>10 Red Oak Road<br>Tifton, GA 31793 | Chapter 13<br><br>Case Number: 19-71064-JTL |

### Affidavit

Now comes the standing Chapter 13 Trustee and respectfully shows the Court the following:

1.

The Trustee filed a Motion to Dismiss the above referenced case on April 22, 2022. A hearing was held on July 26, 2022 where the Trustee's Motion was conditionally denied subject to debtor making all future payments to the Trustee in a timely manner. Upon failure to strictly comply with any term thereof the Trustee should advise the Court and the case would be dismissed without further notice or hearing.

2.

The Trustee hereby states that the above referenced debtor did not make his/her full plan payment as ordered August 03, 2022.

3.

The Trustee is unable to determine whether or not the debtor is in military service.

I HEREBY CERTIFY under penalty of perjury that the foregoing is true and correct.

This 8 day of June 2023.

/s/ John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Mary Elizabeth Harris
10 Red Oak Road
Tifton, GA 31793

Franklin D. Hayes

(Counsel for Debtor)

(Debtor)

This 8 day of June 2023.

/s/ John Gilson

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com